**CLOSED**

| | |
|---|---|
| **JIN KU KIM, et al.,** | **UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF NEW JERSEY** |
| **Plaintiff(s),** | |
| | **Hon. Dennis M. Cavanaugh, U.S.D.J.** |
| | **Civil Action No. 06cv5431 (DMC)** |
| **-vs-** | |
| **CONRAD J. RONCATI, JR., et al.,** | <u>**DISMISSAL ORDER**</u> |
| **Defendant(s),** | |

      **IT HAVING BEEN REPORTED** to the Court that the above-captioned matter has been settled;

      **IT IS on this 18th day of March, 2008**

      **ORDERED THAT** this matter be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to seek to reopen the action if the settlement is not consummated.

<u>S/Dennis M. Cavanaugh</u>
**DENNIS M. CAVANAUGH**
**United States District Judge**

cc:    All Parties
       Hon. Mark Falk, U.S.M.J.
       File